In the Matter of the Claim of the STATE INDUSTRIAL COMMISSIONER, STATE OF NEW YORK, Respondent, on Account of the Death of ERCOLE MALENA against HERMAN and LILLIAN LEFF and Another, Appellants. STATE INDUSTRIAL BOARD,

Respondent.— Award affirmed, with costs to the State Industrial Board, on the authority of *Matter of Filitti* v. *Lerode Homes Corp.* (244 N. Y. 291). Hill, P. J., Bliss and Heffernan, JJ., concur; McNamee and Crapser, JJ., dissent, and vote to reverse award and to dismiss the claim, on the authority of *Matter of McCarter* v. *LaRock* (240 N. Y. 282).

In the Matter of the Claim of MARY KELLY, Respondent, against HOTEL COMMODORE and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.